☛ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

      - v -                        :          NOTICE OF INTENT TO
                                              FILE AN INFORMATION
ERIC LESAK,                         :
                                              07 Cr.
      Defendant.              :

- - - - - - - - - - - - - - - - x

**JUDGE LYNCH**

**07 CRIM. 396**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         ~~January~~ ___, 2007
         March 6

                                MICHAEL J. GARCIA
                                United States Attorney

                       By: _____
                                Neil M. Barofsky
                                Assistant United States Attorney
                                (212) 637-2333

                                AGREED AND CONSENTED TO:

                     By: _____
                                Randy Scott Zelin, Esq.
                                Attorney for Eric Lesak

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/07

3/7/07   WHEEL A