UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      - v -                         :

ERIC LESAK,                     :

           Defendant.         :

- - - - - - - - - - - - - - - - x

**JUDGE LYNCH**

**WAIVER OF INDICTMENT**

07 Cr.

07CRIM 396

ERIC LESAK, the defendant, who is accused of violating Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Sections 371 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      _____
                                      Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 8 2007

                                      _____
                                      Witness

                                      _____
                                      Counsel for Defendant

Date:     New York, New York
            May 8, 2007

0293