# EXHIBIT A

FILE NO.: F1768S

## SCHEDULE A
## DESCRIPTION OF THE MORTGAGE PREMISES

**All that certain plot**, piece or parcel of land, with the buildings and improvements thereon erected lying and being at Manorville, in the Town of Brookhaven, County of Suffolk and State Of New York being bounded and described as follows:

**BEGINNING** at a point on the Southerly side of Shakum Swamp Road (a/k/a Mill Road, a/k/a Jones Road), said point being distant 613.70 feet westerly from the westerly end of a curve connecting the westerly side of Doe Run with the southerly side of Shakum Swamp Road, said point of beginning also the division line between lands hereinafter described and lands on the map of Deer Ponds;

**RUNNING THENCE** from said point beginning along above mentioned division line South 5 degrees 14 minutes 30 seconds West, 460.64 feet to a monument and lands now or formerly of Miller;

**THENCE** along said lands the following three (3) courses and distances:

1. North 85 degrees 58 minutes 30 seconds West, 142.77 feet;
2. North 86 degrees 47 minutes 40 seconds West, 254.78 feet;
3. North 85 degrees 56 minutes 30 seconds West, 51.84 feet to a monument set in the Southeasterly side of Shakum Swamp Road;

**THENCE** along said Southeasterly side of Shakum Swamp Road the following two (2) courses and distances:

1. North 41 degrees 25 minutes 50 seconds East, 482.57 feet;
2. North 68 degrees 04 minutes 00 seconds East, 184.64 feet to the point or place of **BEGINNING.**

Being the same Premises described in deed dated 2/11/2004 and recorded on 2/23/2004 in **Book: 12302 at Page: 774.**

Premises being commonly known as: 216 Mill Road, Manorville, NY