| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07 Cr. 396 (JES) |
|---|---|
| DEFENDANT<br>ERIC LESAK | TYPE OF PROCESS<br>Publication |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>USMS - SDNY |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Street, New York, New York 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA

NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                                                                      Fold

Please publish the following notice of publication in a newspaper of general circulation for three consecutive weeks.

CATS # 05-FBI-004238, 06-FBI-004004    FSA Paralegal / Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of:<br>AUSA SHARON COHEN LEVIN | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-1060 | DATE<br>9/7/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 10/4/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 11/30/07  Time  am/pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 11/30/07 - Notice was published in the New York Law Journal on October 12, 19 and 26, 2007. (copy attached)

| PRIOR EDITIONS<br>MAY BE USED | ORIGINAL | FORM USM-285 |
|---|---|---|

U.S. ATTORNEY COPY

**STATE OF NEW YORK**
**County of New York,** s.:

**NOTICE OF:**
**UNITED STATES v.**
**ERIC LESAK**
**07 Cr. 396 (JES)**

NOTICE IS HEREBY given that on August 20, 2007, in the case of United States v. ERIC LESAK, 07 Cr. 396 (JES), the United States District Court for the Southern District of New York entered an Order of Forfeiture/ Preliminary Order of Forfeiture as to Specific Property condemning and forfeiting ERIC LESAK's right title, and interest in the approximately: 1) All that lot and parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 216 Mill Road, Manorville, Suffolk County, New York; and 2) One 1996 Range Rover, VIN SALPV1243-TA325142.
The Preliminary Order of Forfeiture having been entered on August 20, 2007, the United States hereby gives notice of its intention to dispose of the forfeited property in such a manner as the United States Marshal may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition within thirty (30) days of the final publication of this notice, which will be November 27, 2007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.
MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshal/SDNY
902796           o12-F o26

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 12th day of October, 2007.

TO WIT: OCTOBER 12, 19, 26, 2007

*Cynthia Byrd*

SWORN TO BEFORE ME, this 26th day
Of October, 2007.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

═══════════════════════════════════════════════════════════════════

UNITED STATES OF AMERICA,

    - v -

ERIK PETER LESAK

                        Defendant-in-rem.

═══════════════════════════════════════════════════════════════════

## NOTICE OF PUBLICATION
## 07 Cr. 396 (JES)

═══════════════════════════════════════════════════════════════════

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-1060


                                                       SHARON COHEN LEVIN
                                                       **Assistant United States Attorney**
                                                        -Of Counsel-